CRIMINAL CAUSE FOR ~~ARRAIGNMENT~~/PLEADING
BEFORE JUDGE GLEESON       7/1/10          TIME: 4:00 PM - 6:00 PM
CR- 09-831

DEFT: Domingo Salazar     #      ATTY: Samuel Braverman
✓ pres.   ___ not pres.   ✓ cust.   ___ bail   CJA   ✓ RET.   LAS

DEFT: Norma Mendez     #      ATTY: Lisa Hoyes
✓ pres.   ___ not pres.   ✓ cust.   ___ bail   CJA   RET.   LAS ✓

DEFT: _____   #   ATTY: _____
pres.   not pres.   cust.   bail   CJA   RET.   LAS

DEFT: _____   #   ATTY: _____
pres.   not pres.   cust.   bail   CJA   RET.   LAS

DEFT: _____   #   ATTY: _____
pres.   not pres.   cust.   bail   CJA   RET.   LAS

DEFT: _____   #   ATTY: _____
pres.   not pres.   cust.   bail   CJA   RET.   LAS

A.U.S.A.: Carolyn Pokorny / Michael Warren    CLERK: Ilene Lee
C/R ~~E.S.R.~~: Sheldon Silverman    OTHER: _____
INT:   (LANG.- Spanish)   Carmen Pascual

✓ CASE CALLED.        ___ DEFTS FIRST APPEARANCE.
DEFT ✓ SWORN          ___ ARRAIGNED   ✓ INFORMED OF RIGHTS
     ✓ WAIVES TRIAL BEFORE DISTRICT COURT

___ WAIVER OF INDICTMENT EXECUTED FOR DEFT.
___ SUPERSEDING INDICTMENT / INFORMATION FILED.
___ DEFT FAILED TO APPEAR, BENCH WARRANT ISSUED.
✓ DEFT ENTERS **GUILTY PLEA** TO CTS. (Please see below) OF the (INDICTMENT)/ ~~INFORMATION~~.
✓ COURT FINDS FACTUAL BASIS FOR THE PLEA. (Both pleas).

{ Deft. Domingo Salazar pleas to Counts 1,2,3,4,5,6,7 of the indictment. }
{ Deft. Norma Mendez pleas to Count 1 of the indictment. }

___ BAIL ___ SET ___ CONT'D FOR DEFT_____.
✓ DEFT (Both defts.) ___ CONT'D IN CUSTODY.
___ CASE ADJ'D TO_____ FOR _____
___ JYSELECT SET FOR _____ ___ BY MAG.
___ TRIAL SET FOR _____
___ **SPEEDY TRIAL** INFO FOR DEFT ___ STILL IN EFFECT
     CODE TYPE_____ START_____ STOP_____

- Deft. Domingo Salazar pleas without a plea agreement - pleas to the indictment.
- Deft. Norma Mendez pleas to a plea agreement marked Court Exhibit #1 and was returned to the gov't.

OTHER: Sentencing date is set for November 4, 2010 at 2PM for both defendants.